

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00506-CR

**IN RE** Christopher T. **BRADY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: August 1, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a "Writ for Violation on [sic] Defendant's Constitutional Amendment Rights," in which he asks that "a Higher Court" review his case and that he be released from confinement. Relator is represented by court-appointed trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 559662, styled *The State of Texas v. Christopher T. Brady*, pending in County Court 8, Bexar County, Texas, the Honorable Celeste Brown presiding.